UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   David Ordaz<br>   Maria D Flores<br>        Debtor(s) | Case No. 12 B 31195 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2012.

2) The plan was confirmed on 05/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/21/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/17/2014, 01/08/2015.

5) The case was Dismissed on 01/26/2015.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,703.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,703.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,481.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $437.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,918.24

Attorney fees paid and disclosed by debtor:      $19.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Addison Emergency Physicians | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Addison Radiology Assoc | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| Alpine Capital Investment | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 1,042.00 | 1,041.78 | 1,041.78 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,018.00 | 1,024.82 | 1,024.82 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 751.19 | 751.19 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,143.00 | 1,151.19 | 1,151.19 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,097.00 | NA | NA | 0.00 | 0.00 |
| Astro Title Lenders LLC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Astro Title Lenders LLC | Unsecured | 0.00 | 1,075.00 | 1,075.00 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 474.00 | 400.86 | 400.86 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 499.73 | 499.73 | 0.00 | 0.00 |
| BYL Collection Services | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Cameo Management | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Water | Unsecured | 0.00 | 1,276.96 | 1,276.96 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 364.00 | 368.33 | 368.33 | 0.00 | 0.00 |
| Comcast | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Delta Dental | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Dr Samuel Castillo | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| ENH Medical Group | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Evanston Northwestern Healthcare | Unsecured | 2,149.00 | NA | NA | 0.00 | 0.00 |
| Family Dental Center | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Harold James MD | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Holistic Dental | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC Bank USA | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 358.00 | 357.62 | 357.62 | 0.00 | 0.00 |
| Illinois Bone & Joint Institute | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| International Collection Agency | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 10,015.18 | 9,590.18 | 9,590.18 | 5,393.57 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 410,675.00 | 408,934.97 | 408,934.97 | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 1,725.00 | 1,725.10 | 1,725.10 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Lou Harris | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 591.00 | 639.54 | 639.54 | 0.00 | 0.00 |
| Murphy Lomon & Associates | Unsecured | 2,407.00 | NA | NA | 0.00 | 0.00 |
| Northshore University HealthSystem | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Nunilo G Rubio MD SC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Nunilo G Rubio MD SC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Ophrys LLC | Unsecured | 488.00 | 488.90 | 488.90 | 0.00 | 0.00 |
| Our Lady of Resurrection | Unsecured | 3,324.00 | NA | NA | 0.00 | 0.00 |
| Palmer Reifler & Associated | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 753.00 | 776.57 | 776.57 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,534.00 | 1,534.46 | 1,534.46 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 496.00 | 496.29 | 496.29 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 530.81 | 530.81 | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 963.00 | NA | NA | 0.00 | 0.00 |
| Saint Mary Nazareth Hospital | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Saint Mary Nazareth Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Sam's Club | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Santa Barbara Bank & Trust | Unsecured | 3,726.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 8,274.00 | 11,234.42 | 11,234.42 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | NA | 5.00 | 5.00 | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 2,013.00 | 2,018.00 | 2,013.00 | 1,290.56 | 100.63 |
| St Mary Of Elizabeth | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| St Mary Of Elizabeth | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Village Imaging Professionals LLC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Village of Wheeling | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| Westgate Resorts Ltd | Secured | 1,420.00 | NA | NA | 0.00 | 0.00 |
| Zales | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $408,934.97 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,590.18 | $5,393.57 | $0.00 |
| Debt Secured by Vehicle | $2,013.00 | $1,290.56 | $100.63 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$420,538.15** | **$6,684.13** | **$100.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,378.57** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,918.24 |
| Disbursements to Creditors | $6,784.76 |
| **TOTAL DISBURSEMENTS :** | **$10,703.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2015         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**